UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TANKA RAJ BC,

Petitioner,

v.

JULIO HERNANDEZ, Seattle Immigration and Customs Enforcement Director, et al.,

Respondents.

CASE NO. 2:26-cv-03110-TL

ORDER ON MOTION TO ENFORCE

The Court previously granted an immigration habeas petition filed by Petitioner (through counsel) and ordered Respondents to provide him with a bond hearing. Dkt. No. 11. A hearing was held on October 22, 2026, at which an Immigration Judge ("IJ") found Petitioner was not eligible for bond. Dkt. No. 13 (Status Report) at 1.

On November 12, 2026, Petitioner, through counsel, filed a "Motion to Enforce" alleging that the Immigration Judge abused his discretion in denying Petitioner's request for bond. *See generally* Dkt. No. 14. The Court has reviewed this motion and finds that Petitioner should seek

this relief via a new habeas petition, rather than a motion in this closed case. Petitioner's motion raises claims not previously adjudicated with respect to legal errors arising in immigration court. *See id.* at 9–11.

Accordingly, the Court directs the Clerk to TERMINATE the pending motion. Petitioner may challenge the allegedly unlawful denial of his request for bond via a new habeas petition.

Dated this 13th day of November, 2026.

Tana Lin
United States District Judge